An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDRA A. GAINES A/K/A ANTHONY
RAY GAINES,
Appellants,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61330

**FILED**

OCT 1 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal under NRAP 4(c) from a judgment of conviction, pursuant to an *Alford*[1] plea, of conspiracy to commit burglary, burglary, and grand larceny. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

Appellant argues that his sentence constitutes cruel and unusual punishment under the United States and Nevada Constitutions because his current convictions and the convictions supporting his sentence under the habitual criminal statute, NRS 207.010, are non-violent. Regardless of its severity, a sentence that is within the statutory limits is not "'cruel and unusual punishment unless the statute fixing punishment is unconstitutional or the sentence is so unreasonably disproportionate to the offense as to shock the conscience.'" *Blume v. State*, 112 Nev. 472, 475, 915 P.2d 282, 284 (1996) (quoting *Culverson v. State*, 95 Nev. 433, 435, 596 P.2d 220, 221-22 (1979)); *see also Harmelin v.*

---

[1]*North Carolina v. Alford*, 400 U.S. 25 (1970).

13-30996

*Michigan*, 501 U.S. 957, 1000-01 (1991) (plurality opinion) (explaining that Eighth Amendment does not require strict proportionality between crime and sentence; it forbids only an extreme sentence that is grossly disproportionate to the crime). The sentence imposed is within the parameters provided by the relevant statute, *see* NRS 207.010(1)(b), and appellant does not allege that the statute is unconstitutional. Further, this court has consistently observed that "NRS 207.010 makes no special allowance for non-violent crimes"; rather, that is a consideration within the district court's sentencing discretion. *Arajakis v. State*, 108 Nev. 976, 983, 843 P.2d 800, 805 (1992); *see Tillema v. State*, 112 Nev. 266, 271, 914 P.2d 605, 608 (1996). We are not convinced that the sentence imposed is so grossly disproportionate to the crime and appellant's history of recidivism as to constitute cruel and unusual punishment. *See Ewing v. California*, 538 U.S. 11, 29 (2003) (plurality opinion). Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                           Cherry

cc:    Hon. James M. Bixler, District Judge
       Keith C. Brower
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk